The People of the State of Colorado, Plaintiff-Appellee, v. Joseph Benjamin Snodgress, Defendant-Appellant. No. 19CA1239
Court of Appeals of Colorado, First Division
November 24, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 El
 Paso County District Court No. 18CR2675 Honorable Laura A.
 Tighe, Judge
 
 
 
 OPINION
 
 
 DUNN,
 JUDGE.
 
 
 JUDGMENT
 AFFIRMED
 
 
 Dailey
 and Kuhn, JJ., concur.
 
 
 1